AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JUSTIN T. FOLEY,

        Plaintiff,

        v.

KELCH ENTERPRISES,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-237-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed without prejudice pursuant to the Order Granting Plaintiff's Motion to Voluntarily Dismiss Complaint entered on October 2, 2009, Ct. Rec 10.

October 2, 2009  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas